UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(CENTRAL DIVISION)

| | |
|---|---|
| In re ) | In Substantively Consolidated |
| ) | Proceedings Under Chapter 11 |
| ) | |
| BEAVER BROOK VILLAGE, LLC ) | Case No. 07-43103-JBR |
| ) | |
| FRANK J. GORMAN, SR., d/b/a ) | Case No. 07-43372-JBR |
| GORMAN MANAGEMENT TRUST ) | |
| ) | |
| Debtors. ) | |

### NOTICE OF OCCURRENCE OF EFFECTIVE DATE OF CHAPTER 11 PLAN

**PLEASE TAKE NOTICE** that, pursuant to Sections 1.44, 5.1 and 8 of the Debtors' Second Amended Chapter 11 Plan Dated December 17, 2008 (as modified, the "Plan"), the Effective Date of the Plan occurred on February 19, 2009.

Dated this 25th day of February, 2009.

| BEAVER BROOK VILLAGE, LLC | FRANK J. GORMAN, SR. |
|---|---|
| By its attorneys, | By his attorneys, |
| /s/ Edward C. Dial, Jr. | /s/ A. Davis Whitesell |
| Jeffrey A. Schreiber (BBO 447110) | Daniel C. Cohn (BBO#090780) |
| Edward C. Dial, Jr. (BBO 610539) | A. Davis Whitesell (BBO#551462) |
| THE SCHREIBER LAW FIRM, LLC | COHN WHITESELL & GOLDBERG LLP |
| 53 Stiles Road, Suite A102 | 101 Arch Street |
| Salem NH 03079 | Boston, MA 02110 |
| Phone: (603) 870-5333 | Phone: (617) 951-2505 |
| Facsimile: (603) 870-0077 | Facsimile: (617) 951-0679 |
| Email: edial@schreiblaw.com | Email: whitesell@cwg11.com |

G:\data\1299p\Not Effective Date